UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN IGARTUA,

                      Plaintiff,

        - against -

THE CANNABIS PLACE LLC,

                    Defendant.

24-cv-6898 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **November 13, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          September 13, 2024

                              John G. Koeltl
                      United States District Judge