## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
**jon@norinsberglaw.com**

November 11, 2024

**VIA EMAIL**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

              Re:    **Igartua v. The Cannabis Place**
                        **1:24-cv-6898 (JGK)**
                        **Status Letter**

Dear Judge Koeltl:

      Pursuant to Your Honor's Order dated September 13, 2024, Plaintiff Juan Igartua ("Igartua") and Defendant The Cannabis Place, LLC (collectively, the "Parties"), in the above-referenced Americans with Disabilities Act ("ADA") matter, hereby inform the Court that the Parties have been actively engaged in settlement negotiations and anticipate reaching a final resolution shortly. We request that the time to Answer the Complaint be stayed sine die.

      We trust that the Court will consider this letter sufficient to update Your Honor on the progress of the settlement negotiations between the Parties in the above-referenced matter. The Parties remain committed to reaching a final resolution and will inform the Court promptly upon conclusion.

Thank you for your attention to this matter.

                                            Respectfully,

                                           JON L. NORINSBERG, ESQ.