```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
JUAN IGARTUA,
                        Plaintiff,           24-cv-6898 (JGK)

        - against -                          ORDER

THE CANNABIS PLACE LLC,
                        Defendant.
―――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The time to respond to the complaint is stayed. The parties should provide a status report by **December 6, 2024.**

**SO ORDERED.**
**Dated:   New York, New York**
**         November 15, 2024**

                                    /s/ John G. Koeltl
                                     John G. Koeltl
                              United States District Judge