

45 Main Street, Suite 206
Brooklyn, NY  11201
Main: 646.341.6544
constangy.com

December 6, 2024

<u>**VIA ECF**</u>

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Igartua v. The Cannabis Place**
              <u>**24-cv-6898 (JGK)**</u>

Dear Honorable Koeltl:

      Our firm represents Defendant The Cannabis Place, LLC (Defendant) in the above-referenced matter. We write pursuant to Your Honor's Order dated November 15, 2024 requiring the parties to submit a status letter by December 6, 2024. The parties have been actively engaging in settlement negotiations and anticipate reaching a final resolution shortly. Accordingly, we request continuation of the stay of Defendant's time to respond to the Complaint.

      Thank you for Your Honor's time and attention to this matter.

                                      Very truly yours,

                                      Anjanette Cabrera

AC/dp

Anjanette Cabrera • Partner • 646.341.6536 • acabrera@constangy.com
AL · CA · CO · DC · FL · GA · IL · IN · MA · MD · MN · MO · NJ · NY · NC · OR · PA · SC · TN · TX · VA · WA