

45 Main Street, Suite 206
Brooklyn, NY 11201
Main: 646.341.6544
constangy.com

January 16, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Igartua v. The Cannabis Place**
              **24-cv-6898 (JGK)**

Dear Honorable Koeltl:

    Our firm represents Defendant The Cannabis Place, LLC in the above-referenced matter. We write with the consent of Plaintiff to advise the Court that the parties have reached a settlement in principle in this matter and are in the process of preparing settlement documents. The parties have agreed to file a stipulation of dismissal of all claims with prejudice once the settlement documents are finalized, which we anticipate occurring in the coming weeks.

    Thank you for Your Honor's time and attention to this matter.

                                Very truly yours,

                                Anjanette Cabrera